TOWNSHIP OF WATERFORD v. RENAISSANCE
BROADCASTING CORPORATION.

November 16, 1982.

Petition for certification denied.

CENTRAL CONSTRUCTION COMPANY, INC.

v.

OCEAN COUNTY UTILITY AUTHORITY.

November 16, 1982.

Petition for certification denied.

TEANECK BOARD OF EDUCATION v. TEANECK
TEACHERS' ASSOCIATION.

November 16, 1982.

Petition for certification granted.   (See 185 *N.J.Super.* 269)

JAMES DELOZIER AND VIVIAN DELOZIER v. THE STATE
FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

November 16, 1982.

Petition for certification denied.